**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO.: 5:13CR53-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **STEPHEN JAMES BLANKENSHIP,** | ) | |
| **Defendant.** | ) | |

Leave of the Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case as to Defendant Stephen James Blankenship only, without prejudice.

The Clerk is directed to forward copies of this Order to the United States Probation Office, the United States Marshal Service and the United States Attorney's Office.

**SO ORDERED**.

Richard L. Voorhees
United States District Judge